THE HONORABLE ROBERT S. LASNIK

IN THE UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| ARNE LAURITZEN,<br><br>              Plaintiff,<br><br>    vs.<br><br>SAFEWAY, INC., SAFEWAY STORES, INC., SAFEWAY STORE #0402; SAFEWAY STORE LOCATED AT 1450 SW ERIE STREET OAK HARBOR, WA and "DOE" BUSINESS ENTITIES OPERATING AT 1450 SW ERIE STREET OAK HARBOR, WA,<br><br>              Defendants. | No. 2:18-cv-01203-RSL<br><br>STIPULATION FOR AND ORDER OF PARTIAL DISMISSAL |

## I. STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between the parties that all defendants other than Safeway Inc. (Safeway Stores, Inc., Safeway Store #0402; Safeway Store Located at 1450 SW Erie Street Oak Harbor, WA and "Doe" Business Entities Operating at 1450 Sw Erie Street Oak Harbor, WA) be dismissed without prejudice and

---

STIPULATION FOR AND ORDER OF
PARTIAL DISMISSAL - 1
R:\6848\PLEADINGS\stip.dismissal 1.wpd



Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679

without costs to any party. The parties request that the court enter the subjoined agreed order.

Dated: September 12, 2018.

| LAW OFFICES OF BRIAN K. LEONARD | TURNER KUGLER LAW, PLLC |
|---|---|
| By: _s/ Brian K. Leonard_<br>Brian K. Leonard, WSBA #18087<br>Attorney for Plaintiff | By: _s/ John T. Kugler_<br>John T. Kugler, WSBA #19960<br>Attorney for Defendant Safeway Inc. |

## II. ORDER

This matter came before the court on the above stipulation of the parties for an agreed order. It is hereby ORDERED that Safeway Stores, Inc., Safeway Store #0402; Safeway Store Located at 1450 SW Erie Street Oak Harbor, WA and "Doe" Business Entities Operating at 1450 Sw Erie Street Oak Harbor, WA are DISMISSED without prejudice and without costs to any party.

Dated: **Sept. 13, 2018.**

_/s/ Robert S. Lasnik_
Robert S. Lasnik
U.S. District Court

PRESENTED BY:

TURNER KUGLER LAW, PLLC

By: _s/ John T. Kugler_
John T. Kugler, WSBA #19960
Attorney for Defendant Safeway Inc.

STIPULATION FOR AND ORDER OF
PARTIAL DISMISSAL - 2
R:\6848\PLEADINGS\stip.dismissal 1.wpd

Turner Kugler Law, PLLC
6523 California Ave SW #454
Seattle, WA 98136
(206) 659-0679